UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

JOSEPH MICHAEL STEVENS,

        **Plaintiff,**

V.                                                    Case No:  2:11-CV-697-FtM-UASPC

BRIAN BARRINGER,
CHRISTOPHER AREY, DEPUTY
NAYLOR and M. FAULK
        **Defendants.**

_____/

**ORDER**

    This matter comes before the Court on review of the file.  On January 10, 2012, this Court granted Plaintiff's Motion to Proceed *In Forma Pauperis* to the extent that the case may proceed without the prepayment of the entire filing fee.  (Doc. #8).  The Court notes that service forms were not directed to be sent to Plaintiff.  The Court will do so at this time.

    Accordingly, it is now **ORDERED:**

    The Clerk is directed to provide Plaintiff with U.S. Marshal Forms 285.  The Plaintiff shall have **TWENTY-ONE (21) DAYS** from the date of this Order to prepare and forward the completed U.S. Marshal Form 285 to the Court for service by the United States Marshal.

    **DONE** and **ORDERED** in Fort Myers, Florida this 23rd Day of March, 2012.

*Sheri Polster Chappell*
SHERI POLSTER CHAPPELL
UNITED STATES MAGISTRATE JUDGE

Copies:  All Parties of Record

1