**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION**

**JOSEPH MICHAEL STEVENS,**

    **Plaintiff,**

**V.**                                                Case No:  2:11-cv-697-FtM-99SPC

**BRIAN BARRINGER,
CHRISTOPHER AREY, M. FAULK,
DEPUTY NAYLOR and LEE
COUNTY SHERIFFS OFFICE,**

    **Defendants.**
_____/

**ORDER**

    This matter comes before the Court upon review of the file.  Plaintiff, who is currently incarcerated in the Lee County Jail, initiated this action by filing a *pro se* civil rights complaint form pursuant to 42 U.S.C. § 1983 (Complaint, Doc. #1).  Consequently, pursuant to Local Rule 3.05(b)(1)(C), this case should have been designated as a **Track One case**, as opposed to a Track Two case, due to Plaintiff's *pro se* and incarcerated status.  Consequently, the Court will strike the Related Case Order and Track Two Notice (Doc. #6) and re-designate this case a Track One case.  Further, due to the nature of this suit, the Interested Person Order for Civil Cases (Doc. #7) should not have been entered.

    ACCORDINGLY, it is hereby **ORDERED**:

    1.    The **Clerk** shall **strike** the Related Case Order and Track Two Notice (Doc. #6) and Interested Person Order for Civil Cases (Doc. #7) and enter a "Related Case Order and Track One Notice."

2. Plaintiff shall comply with the Related Case Order and Track One Notice and Local Rule 1.04(d), within fourteen (14) days, and designate whether this case is similar or successive to any other case.

**DONE AND ORDERED** at Fort Myers, Florida, on this 26th day of August, 2012.

*/s/ Sheri Polster Chappell*
SHERI POLSTER CHAPPELL
UNITED STATES MAGISTRATE JUDGE

Copies: All Parties of Record, SPC Chambers